JP:ALC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

CHRISTOPHER COOPER,

             Defendant.

- - - - - - - - - - - - - - - - -X

**M-10-1095**

COMPLAINT AND
AFFIDAVIT IN SUPPORT OF
APPLICATION
FOR ARREST WARRANT
18 U.S.C. § 922(g)(1)

EASTERN DISTRICT OF NEW YORK, SS:

    RAY MARTINEZ, being duly sworn, deposes and says that he is a Detective in the New York City Police Department Gun Enhancement Unit, duly appointed according to law and acting as such.

    Upon information and belief, on or about September 15, 2010, within the Eastern District of New York, the defendant CHRISTOPHER COOPER, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit, a .45 caliber Ruger semi-automatic pistol.

    (Title 18, United States Code, Section 922(g)(1))

    The source of your deponent's information and the grounds for his belief are as follows[1]:

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set

1. My information in this case comes from reviews of records of the New York City Police Department ("NYPD") and other Government agencies, and conversations with NYPD officers.

2. On the evening of September 15, 2010, NYPD Police Officer Brian Hellberg and Police Officer Christopher Kelley were on routine patrol in a marked police car in the 81st Precinct of Brooklyn, New York.

3. At approximately 7:54 p.m., the officers responded to a radio transmission regarding two males in possession of a firearm on Ralph Avenue between Halsey Street and Macon Street. The males were described as being African-American and as standing in front of a barber shop near a black Mercedes-Benz automobile. One male was described as wearing a black and white Adidas jacket. The other male was described as wearing a blue and white shirt.

4. When the officers arrived at the location, they saw two males matching the description provided in the radio transmission, one of whom was the defendant CHRISTOPHER COOPER. The officers parked their marked police car across the street from the defendant and exited their vehicle.

5. As the officers approached the two males, the defendant first walked and then ran north on Ralph Avenue.

---

forth every fact learned during the course of this investigation.

Officer Kelley pursued the defendant on foot. Officer Kelley noticed that while the defendant was running, the defendant held his right hand around his waistband.

6. The defendant turned left and ran westbound on Halsey Street. Officer Kelley radioed a description of the defendant and the direction in which he was running.

7. While on Halsey Street, Officer Kelley observed the defendant slow down near two mattress/box springs that were standing upright on the sidewalk and pull the mattress/box springs apart. Officer Kelley heard a clanking sound. The defendant resumed running westbound on Halsey.

8. Officer Kelley pushed one of the mattress/box springs over and saw a firearm on the sidewalk between the two mattress/box springs. Officer Kelley remained with the firearm.

9. The firearm was a .45 caliber Ruger semi-automatic pistol and was contained a magazine loaded with eight .45 caliber hollow-point bullets.

10. In the meantime, Officer Hellberg had heard Officer Kelley's radio transmission and re-entered his car. Officer Hellberg drove north on Ralph Avenue and turned left on Halsey Avenue, where he saw the defendant running. Officer Hellberg stopped and arrested the defendant.

11. I have spoken with an ATF interstate nexus expert who informs me that all .45 caliber Ruger semi-automatic pistols are manufactured outside the State of New York.

12. I have reviewed the defendant CHRISTOPHER COOPER'S criminal history records and have determined that on July 2, 2009, the defendant was convicted in Kings County Supreme Court of Criminal Sale of a Controlled Substance in the Fourth Degree, in violation of New York Penal Law § 220.39(01), which is a crime punishable by a term of imprisonment of more than one year.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant CHRISTOPHER COOPER so that he may be dealt with according to law.

                                      RAY MARTINEZ
                                      Detective
                                      NYPD Gun Enhancement Unit

Sworn to before me
this 21st day of September, 2010

S/Gold

THE HONOR[ABLE]
UNITED STA[TES]
EASTERN DI[STRICT]