UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M-10-1095**

2) Defendant's Name: Cooper, Christopher
   (Last)        (First)        (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: 9/22/10

10) Detention Hearing Held: ___ Bail set at: 9/24/10 2PM   ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: 10/6/10 ; or waived: _____
    (b) Removal Hearing set for: _____ ; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: Hilary Jager

14) DEFENSE COUNSEL'S NAME: Deirdre Von Dornum
    Address: _____
    Bar Code: _____ CJA:__ FDNY: ✓ RET:__
    Telephone Number: (   )

15) LOG #: (3:47 - 3:49)   MAG. JUDGE: Gold

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE