UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-                                  M-10-1095

CHRISTOPHER COOPER,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney Alexis L. Collins from this point forward will be added as counsel in the above-captioned matter. All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Alexis Collins
> United States Attorney's Office (Criminal Division)
> 271 Cadman Plaza East, 4th Floor
> Tel: (718) 254-6879
> Fax: (718) 254-6605
> Email: alexis.collins2@usdoj.gov

The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Alexis L. Collins at the email address set forth above.

Dated: Brooklyn, New York
       September 23, 2010

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                       By:     /s/ Alexis L. Collins
                              Alexis L. Collins
                              Assistant U.S. Attorney